**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **CRECCHIO, MARIANN I.** | ) | |
| | ) | **CASE NO. 05 B 45440** |
| | ) | |
| | ) | **JUDGE EUGENE R. WEDOFF** |
| **Debtor(s)** | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         219 SOUTH DEARBORN, COURTROOM 744
         CHICAGO, ILLINOIS 60604

    On:  **October 3, 2007**
    At:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                      $     10,070.78

    b. Disbursements                                 $          0.00

    c. Net Cash Available for Distribution$   10,070.78

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 1,757.08 | $ |
| Trustee | $ 0.00 | $ | $ 145.55 |
| Trustee's Firm Legal | $ 0.00 | $ 4,325.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 196.33 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $31,038.26, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $11.75%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Discover Bank/Discover Financial Services | $ 540.33 | $ 63.50 |
| 3 | State Farm Bank, FSB | $ 2,700.00 | $ 317.24 |
| 4 | Chase Bank USA, N.A. | $ 10,041.65 | $ 1,179.83 |
| 5 | Chase Bank USA, N.A. | $ 6,920.22 | $ 813.08 |
| 6 | Citibank USA NA | $ 10,836.06 | $ 1,273.17 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **September 6, 2007**

For the Court,

By: **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

5440   Doc 66   Filed 09/06/07   Entered 09/08/07 23:38:50   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1          Date Rcvd: Sep 06, 2007
Case: 05-45440                 Form ID: pdf002          Total Served: 16


The following entities were served by first class mail on Sep 08, 2007.
db           +Mariann I Crecchio,   14016 Waterbury Drive,   Unit 1401,   Crestwood, IL 60445-2178
aty          +Thomas M Britt,   Law Offices of Thomas M. Britt, P.C.,   6825 W 171st St,
               Tinley Park, IL 60477-3447
tr           +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
10019850      AARP Credit Service,   PO Box 15298,   Wilmington, DE  19850-5298
10019852      Chase,   PO Box 830016,   Baltimore, MD  21283-0016
10019851     +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
10771525     +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10019853     +CitiCards,   PO Box 6000,   The Lakes, NV 89163-0001
10863510     +Citibank USA NA,   P O Box 182149,   Columbus, OH 43218-2149
10019856     +First Midwest Bank,   Loan Processing Center,   PO Box 125,   Bedford Park, IL 60499-0125
10019857      Sears MasterCard,   PO Box 6922,   The Lakes, NV  88901-6922
10019858      State Farm Bank,   PO Box 3299,   Milwaukee, WI  53201-3299
10622762      State Farm Bank,   Attn: BCC-DTB-4,   PO BOX 5961,   Madison, WI  53705-0961
10761697      State Farm Bank, FSB,   Attn: BCC Bankruptcy,   PO Box 2328,   Bloomington, IL 61702-2328

The following entities were served by electronic transmission on Sep 07, 2007.
10019855      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 07 2007 03:01:15     Discover,   PO Box 30395,
               Salt Lake City, UT  84130-0395
10746469      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 07 2007 03:01:15
               Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard OH 43026
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10019854*    +Mariann I Crecchio,   14016 Waterbury Drive,   Unit 1401,   Crestwood, IL 60445-2178
                                                                                   TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2007**          **Signature:** _Joseph Speetjens_