Case 05-45440   Doc 70-2   Filed 05/27/08   Entered 05/27/08 09:44:28   Desc Exhibit
B   Page 1 of 3

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-45440 ERW | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** CRECCHIO, MARIANN I. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****55-65 - Money Market Account |
| **Taxpayer ID #:** 13-7506085 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 04/29/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/24/06 | {1} | KS Bank/Crecchio | Debtor's interest in real estate (taking into account costs of sale, exemptions) | 1110-000 | 10,000.00 | | 10,000.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.77 | | 10,000.77 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.33 | | 10,007.10 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.80 | | 10,013.90 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.59 | | 10,020.49 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.81 | | 10,027.30 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.82 | | 10,034.12 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.37 | | 10,040.49 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.03 | | 10,047.52 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.60 | | 10,054.12 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.38 | | 10,060.50 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.70 | | 10,067.20 |
| 02/21/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 3.58 | | 10,070.78 |
| 02/21/07 | | To Account #********5566 | in preparation of final report | 9999-000 | | 10,070.78 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,070.78 | 10,070.78 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,070.78 | |
| | | | **Subtotal** | | 10,070.78 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,070.78** | **$0.00** | |

Exhibit B

{} Asset reference(s)      Printed: 04/29/2008 12:24 PM    V.10.03

**Form 2**

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-45440 ERW | Trustee: | DAVID P. LEIBOWITZ (330570) |
| --- | --- | --- | --- |
| Case Name: | CRECCHIO, MARIANN I. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****55-66 - Checking Account |
| Taxpayer ID #: | 13-7506085 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/29/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/21/07 | | From Account #********5565 | in preparation of final report | 9999-000 | 10,070.78 | | 10,070.78 |
| 10/08/07 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $1,757.08, Trustee Compensation; Reference: | 2100-000 | | 1,757.08 | 8,313.70 |
| 10/08/07 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $145.55, Trustee Expenses; Reference: | 2200-000 | | 145.55 | 8,168.15 |
| 10/08/07 | 103 | Leibowitz Law Center | Dividend paid 100.00% on $4,325.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,325.00 | 3,843.15 |
| 10/08/07 | 104 | Leibowitz Law Center | Dividend paid 100.00% on $196.33, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 196.33 | 3,646.82 |
| 10/08/07 | 105 | Discover Bank/Discover Financial Services | Dividend paid 11.74% on $540.33; Claim# 2; Filed: $540.33; Reference: 6011007320262990 | 7100-000 | | 63.50 | 3,583.32 |
| 10/08/07 | 106 | State Farm Bank, FSB | Dividend paid 11.74% on $2,700.00; Claim# 3; Filed: $2,700.00; Reference: 8525627677 | 7100-000 | | 317.24 | 3,266.08 |
| 10/08/07 | 107 | Chase Bank USA, N.A. | Dividend paid 11.74% on $10,041.65; Claim# 4; Filed: $10,041.65; Reference: 1840 | 7100-000 | | 1,179.83 | 2,086.25 |
| 10/08/07 | 108 | Chase Bank USA, N.A. | Dividend paid 11.74% on $6,920.22; Claim# 5; Filed: $6,920.22; Reference: 4655 | 7100-000 | | 813.08 | 1,273.17 |
| 10/08/07 | 109 | Citibank USA NA | Dividend paid 11.74% on $10,836.06; Claim# 6; Filed: $10,836.06; Reference: 5121079710811768 | 7100-000 | | 1,273.17 | 0.00 |

Exhibit B

Subtotals : $10,070.78 $10,070.78

{} Asset reference(s) Printed: 04/29/2008 12:24 PM V.10.03

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-45440 ERW | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** CRECCHIO, MARIANN I. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****55-66 - Checking Account |
| **Taxpayer ID #:** 13-7506085 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 04/29/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 10,070.78 | 10,070.78 | $0.00 |
| | | | Less: Bank Transfers | | 10,070.78 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 10,070.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$10,070.78** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****55-65** | 10,070.78 | 0.00 | 0.00 |
| **Checking # ***-*****55-66** | 0.00 | 10,070.78 | 0.00 |
| | $10,070.78 | $10,070.78 | $0.00 |

Exhibit B

{} Asset reference(s)      Printed: 04/29/2008 12:24 PM    V.10.03